**J. L. HUGHES, Commissioner of Immigration, Appellant, v. UNITED STATES ex rel. A. SELAK, Appellee.**

No. 4607.

Circuit Court of Appeals, Third Circuit.

Feb. 6, 1932.

Oliver Randolph, of Newark, N. J., and Phillip Forman, of Trenton, N. J., for appellant.

Frederic M. P. Pearse, of Newark, N. J., for appellee.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and THOMSON, District Judge.

PER CURIAM.

This case is reversed. Philippides v. Day, 283 U. S. 48, 51 S. Ct. 358, 75 L. Ed. 833; United States v. Vanbiervlet, 284 U. S. —, 52 S. Ct. 132, 76 L. Ed. —.

**IRVING TRUST COMPANY, as Trustee in Bankruptcy of Leonard H. Smith, Trading as Faultless Sweater Mills, Bankrupt, Plaintiff-Appellee, v. Morris SCHOENTHAL and Fannie R. Schoenthal, Defendants-Appellants, and Hyman Smith, Defendant.**

No. 101.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1932.

Martin Perlmutter, of New York City (Leo Guzik, of New York City, of counsel), for appellants.

Krause & Hirsch, of New York City (George C. Levin, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**Elias KASNOWITZ, Jacob Kasnowitz, Michael H. Kasnowitz and Nathan Kasnowitz, a Co-partnership Doing Business under the Firm Name and Style of Max Kasnowitz & Sons, Plaintiffs-Appellants, v. The BRADSTREET COMPANY, Defendant-Appellee.**

No. 134.

Circuit Court of Appeals, Second Circuit.

Jan. 18, 1932.

Millard E. Theodore, of New York City, for appellants.

Thomas F. Compton, of New York City (George F. Canfield and R. Randolph Hicks, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**Thomas P. LAVIN, Appellee, v. L. CURTH & SONS, Inc., Appellant.**

**Laura G. LAVIN, Appellee, v. L. CURTH & SONS, Inc., Appellant.**

Nos. 102, 123.

Circuit Court of Appeals, Second Circuit.

Dec. 21, 1931.

James J. Mahoney, of New York City (George J. Stacy and Edward F. Quinn, both of New York City, of counsel), for appellant.

William G. Walsh, of New York City, for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgments affirmed.